JEANNETTE F. PAASCHEN, Respondent, v. WILLIAM H. PAASCHEN, Appellant. — Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MILES S. B. KNIGHTS, Respondent, v. ELLIS J. STALEY, as Conservation Commissioner of the State of New York, Appellant.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. DEYETTE, Appellant, v. EUGENE DEYETTE LOTTRIDGE, Respondent.— Order unanimously affirmed, with costs.

REGAL ART PRESS, ED. L. HITCHCOCK & Co., Respondent, v. ALTON C. DEAN, Appellant.— Order appealed from reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to the plaintiff to renew the motion on proper papers, under section 724 of the Code of Civil Procedure,* without prejudice. All concur.

WILLIAM P. RODGERS, Respondent, v. JOHN J. SOBLE LUMBER COMPANY, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ARTHUR SPENCE, as Executor, etc., of JANE SPENCE, Deceased, Appellant, v. GEORGE SPENCE, JR., as Testamentary Trustee under the Last Will and Testament of GEORGE SPENCE, Deceased, and Others, Respondents.— Motion denied.

CHARLES STURM, Respondent, v. WILLIAMS OVEN MANUFACTURING COMPANY, Appellant.— Motion granted, unless appellant files papers and perfects the appeal on or before the 1st day of February, 1922, and pays ten dollars costs to the respondent, in which case motion is denied, without costs.

ELIZA STERLING, Respondent, v. LEVI E. ROGERS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

LEON TROMBLY, Respondent, v. OVILA FILION, Appellant.— Motion granted unless the appellant perfects appeal on or before February 6, 1922, and pays ten dollars costs to the respondent, in which case motion is denied.

ELLIOTT G. VAN DERMOOR, as Ancillary Executor, etc., of WILLIAM VAN DERMOOR, Deceased, Respondent, v. HOMER STRONG, Appellant, Impleaded with Others.— Motion denied, without costs, on the ground that although an appeal will not lie to review matters determined by the judgment of foreclosure and sale the order and judgment subsequently made may present questions for review.

REBECCA M. VALUE, Respondent, v. THE HARTWOOD CLUB, a Domestic Corporation, and J. MORTIMER TOWNLEY, Appellants.— Motion denied on payment by the appellants of ten dollars costs of motion to the respondent; if costs are not paid within twenty days motion is granted.

WILLIAM H. WILD, Respondent, v. ADAMS, EVANS & Co., INC., and Others, Appellants, Impleaded with Others.— Order settled.

EMERSON WEST, Appellant, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent to Be Sued on Causes of Action Arising out of Operation During Federal Control, Respondent.— Motion denied.

JULIUS WERBALOWSKY and ISIDORE WERBALOWSKY, Appellants, v. CARL A. KAHLBAUM, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

* See, also, Civ. Prac. Act, §§ 105, 108, 1569.— [REP.